FILED'09 AUG 04 17:47USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGELA BERRY,
Guardian of KWBS,

    Plaintiff,

    v.

COMMISSIONER, Social Security
Adminstration,

    Defendant.

Civil No. 08-833-HA

ORDER

HAGGERTY, District Judge:

Plaintiff's Motion to Dismiss this action [20] is GRANTED. This case is closed. Any pending motions are denied as moot.

IT IS SO ORDERED.

DATED this 4 day of August, 2009.

                                      Ancer L. Haggerty
                                    United States District Judge

**ORDER -- 1**